UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

2009 SEP 14  PM 3: 53

| UNITED STATES OF AMERICA | ) | DISMISSAL ORDER |
|---|---|---|
|  | ) |  |
| v. | ) | CR 408-299 |
|  | ) |  |
| **OWEN E. ROWELL** | ) |  |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the information in the above-captioned case is dismissed as requested by the United States Attorney.

SO ORDERED, this 14th day of September, 2009.

HONORABLE G.R. SMITH
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA